UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 22-cr-20629
Honorable Linda V. Parker

DARESE DEANDRE HAILE,

Defendant.
_______________________________/

**OPINION AND ORDER GRANTING THE UNITED STATES OF AMERICA'S MOTION FOR ORDER RECOGNIZING DEFENDANT'S WAIVER OF ATTORNEY-CLIENT PRIVILEGE (ECF NO. 94)**

On January 12, 2024, Defendant Darese Deandre Haile pleaded guilty to four counts of aiding and abetting carjacking in violation of 18 U.S.C. § 2119. (*See* ECF No. 75.) On January 3, 2025, the Honorable Sean F. Cox, to whom the case was then assigned,[1] sentenced Haile to a term of imprisonment of 180 months on each count, to run concurrently. (*Id.*) The Sixth Circuit Court of Appeals affirmed Haile's convictions and sentence on October 29, 2025. (ECF No. 88.)

On July 1, 2026, Haile filed a Motion to Vacate Sentence under 28 U.S.C. § 2255. (ECF No. 90). In the motion, Haile claims ineffective assistance of counsel at trial and on appeal. Specifically, he asserts grounds related to attorney

[1] On July 1, 2026, the matter was reassigned to this Court pursuant to Local Criminal rule 57.10.

Benton C. Martin's handling of an allegedly suggestive photo array and other pretrial matters (Grounds Two and Three, respectively) and attorney Edward A. Bajoka's handling of his sentencing and appeal (Grounds One and Four, respectively). In response, the United States of America (hereafter "Government") filed a motion asking the Court to find that Haile waived the attorney-client privilege as to the communications relevant to his ineffective assistance of counsel claims. (ECF No. 94.) In a letter from Haile, received on September 1, 2026, he indicates that he does not contest the waiver of the attorney-client privilege as relevant to his claims for reliefs. (ECF No. 97.)

By raising ineffective assistance of counsel as grounds for relief, Haile waives the attorney-client privilege to the extent necessary to litigate his claims. *See In re Lott*, 424 F.3d 446, 453-54 (6th Cir. 2005).

Accordingly,

**IT IS ORDERED** that the Government's motion for finding a waiver of attorney-client privilege (ECF No. 94) is **GRANTED** in that the Court finds the privilege waived as to the communications between Haile and attorneys Benton C. Martin and Edward A. Bajoka which are the subject to Haile's pending motion under § 2255.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 2, 2026